No. 3379. STATE *v.* FAILE, April Term, 1894. ·This was an order granting leave to appellant to add another exception, after appeal perfected, as the appellant's life was involved, May 15, 1894.

No. 3380. STATE *v.* ATKINSON, April Term, 1894. This was an order revoking a former order staying the remittitur, to enable the defendants to sue out a writ of error to the Supreme Court of the United States, more than sixty·days having since elapsed, and no writ of error applied for. May 15, 1894.

No. 3381. STATE·*v.* MILES, April Term, 1894. Order refusing to discharge the prisoner without bail, but admitting him to bail in the sum of seven hundred and fifty dollars, with not less than two nor more than five sureties. May 17, 1894.

No. 3383. ARCHER *v* LONG, April Term, 1894. On the call of this case for a hearing, an order was passed, May 21, 1894, on motion of D. E. Hydrick, Esq., attorney for respondent, dismissing the appeal under Rule 11 for failure on the part of the appellant to file his points and authorities as required by Rule 8.